FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL SANCHEZ,<br><br>     Defendant. | No.  1:20-CR-02036-SAB-1<br><br><br>**ORDER DISMISSING INDICTMENT; CLOSING FILE** |

     A status conference was held in the above-captioned matter on February 15, 2023. Defendant was represented by Christopher Tait and appeared out of custody. The Government was represented by Todd Swensen. On August 18, 2021, the Court accepted the parties' Deferred Prosecution Agreement, ECF No. 35. Since Defendant satisfied the terms of the Deferred Prosecution Agreement, the Government orally motioned to dismiss the Indictment filed on September 16, 2020, ECF No. 2. The Court found good cause to grant the motion. This order is intended to memorialize the Court's oral rulings.

//

//

//

//

**ORDER DISMISSING INDICTMENT; CLOSING FILE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1.     The United States' oral Motion to Dismiss the Indictment, ECF No. 2, is **GRANTED**.

2.     The above-captioned case number is **DISMISSED with prejudice**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close** the file.

**DATED** this 16th day of February 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT; CLOSING FILE** # 2